**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Quincy Deshan Butler v. Bank of America

Appellate case number:    01-19-00172-CV

Trial court case number:  2018-40373

Trial court:              55th District Court of Harris County

      The en banc court has voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature: _/s/___/s/ Sherry Radack_____
              ☐ Acting individually    ☒Acting for the Court

Date: ___August 20, 2020_____

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Landau, Hightower, Countiss, and Adams. Justice Goodman not participating.